Hanni M. Fakhoury (SBN 252629)
hanni@eff.org
Jennifer Lynch (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for *Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLICATION TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | Case No.: 5:15-xr-90304-HRL-1<br><br>**NOTICE OF WITHDRAWL OF ATTORNEY HANNI FAKHOURY** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that *Amicus Curiae* Electronic Frontier Foundation ("EFF") hereby respectfully requests that attorney Hanni Fakhoury be withdrawn from this case as he will no longer be employed at EFF as of November 1, 2015. Jennifer Lynch will continue to represent EFF in this matter. Please update service lists and direct all future filings, discovery and correspondence to Ms. Lynch:

Jennifer Lynch
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DATED: October 28, 2015        Respectfully submitted,

By: *Hanni Fakhoury*
    Hanni M. Fakhoury
    Jennifer Lynch
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA  94109
    Telephone: (415) 436-9333
    Facsimile: (415) 436-9993

    Counsel for *Amicus Curiae*
    ELECTRONIC FRONTIER FOUNDATION